Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

Case No.:  19−30996−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noemi M. Dejesus
   46 Dunlin Way
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6756

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/18/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 18, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                         Case No. 19-30996-JNP

Noemi M. Dejesus                                                              Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                              Page 1 of 3

Date Rcvd: Dec 18, 2020                     Form ID: 148                          Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Noemi M. Dejesus, 46 Dunlin Way, Sicklerville, NJ 08081-1324 |
| cr | + | Rutgers Federal Credit Union, McKenna, DuPont, Higgins & Stone, PC, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 518555339 | + | Apex Asset Management, 2501 Oregon Pike Ste 102, c/o Virtua, Lancaster, PA 17601-4890 |
| 518555351 | + | Jefferson Health - NJ, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 518555352 | + | Jefferson University Physicians, Po Box 40089, Philadelphia, PA 19106-0089 |
| 518588824 | + | Metropolitan Life Insurance Company, c/o Jenelle C. Arnold, ALDRIDGE PITE, LL, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518653930 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518555353 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518555354 | + | Remex Inc, 307 Wall Street, c/o SJ Radiology Assoc, Princeton, NJ 08540-1515 |
| 518555355 | + | Rutgers Federal CU/U, 100 College Ave, New Brunswick, NJ 08901-1438 |
| 518555356 | + | Santander, PO BOX 961211, Fort Worth, TX 76161-0211 |
| 518555357 | + | South Jersey Radiology Assoc, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518555358 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 518555359 | + | US Dept Of Education, 2401 International, Po Box 7859, Madison, WI 53707-7859 |
| 518555360 | + | Virtua Medical Group, PO Box 6028, Bellmawr, NJ 08099-6028 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 18 2020 21:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 18 2020 21:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: DRIV.COM | Dec 19 2020 02:08:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 518555340 | | EDI: CINGMIDLAND.COM | Dec 19 2020 02:08:00 | AT&T Mobility, Po Box 537104, Atlanta, GA 30353-7104 |
| 518654205 | + | EDI: CINGMIDLAND.COM | Dec 19 2020 02:08:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518555341 | + | Email/Text: info@chcollects.com | Dec 18 2020 21:54:00 | C&H Collection Services, PO Box 1399, c/o Cooper, Merchantville, NJ 08109-0399 |
| 518555342 | + | EDI: WFNNB.COM | Dec 19 2020 02:08:00 | COMENITYBANK/VICTORIASSECRET, PO BOX 182789, Columbus, OH 43218-2789 |
| 518555343 | | Email/Text: legal-dept@cooperhealth.edu | Dec 18 2020 21:54:00 | Cooper University Hospital, Po Box 6037, Bellmawr, NJ 08099-6037 |
| 518555344 | + | EDI: CCS.COM | Dec 19 2020 02:08:00 | Credit collection services, 725 Canton St, c/o Jefferson, Norwood, MA 02062-2679 |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Dec 18, 2020 | Form ID: 148 | Total Noticed: 30

| 518555345 | EDI: DISCOVER.COM | | |
| | | Dec 19 2020 02:08:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 518567833 | EDI: DISCOVER.COM | | |
| | | Dec 19 2020 02:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518555347 | + Email/Text: bankruptcy@fult.com | | |
| | | Dec 18 2020 21:54:00 | Fulton Bank, 100 Park Avenue, Woodbury, NJ 08096-3513 |
| 518555350 | + EDI: IRS.COM | | |
| | | Dec 19 2020 02:08:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518589521 | + EDI: DRIV.COM | | |
| | | Dec 19 2020 02:08:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518555346 | EDI: USBANKARS.COM | | |
| | | Dec 19 2020 02:08:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 518555349 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 518555348 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2020

Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Co.  c/o Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Michael R. DuPont | on behalf of Creditor Rutgers Federal Credit Union dupont@redbanklaw.com  john@redbanklaw.com |
| Seymour Wasserstrum | on behalf of Debtor Noemi M. Dejesus mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7